Walter W. Pike, Executor of Last Will and Testament of Frederick W. Kemp, Deceased, Appellant, v. Harry F. Lewis et al., Appellees.

Gen. No. 10,119.

opinion filed Ooctober 23, 1947; rehearing

denied February 3, 1948; released · for publication February 3, 1948. Taylor E. Wilhelm and Jack Trager, for appellant; John H. Armstrong, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full.